# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 29, 2008

Charles R. Fulbruge III
Clerk

No. 06-31239

PETER R HARVEY; ROBERT P LOFBLAD,

Plaintiffs - Appellants-Cross-Appellees,

v.

ROLAND J JOYCE,

Defendant - Appellee-Cross-Appellant.

Appeals from the United States District Court
for the Eastern District of Louisiana
2:99-CV-775

Before REAVLEY, JOLLY, and GARZA, Circuit Judges.

PER CURIAM:[*]

The parties appeal the final judgment of the district court rendered September 28, 2006 for $512,790.00 in favor of Peter R. Harvey and Robert P. Lofblad and against Roland J. Joyce. After a careful review of the record and considering the briefs of the parties and argument of counsel, we are satisfied that the district court committed no reversible error. Therefore, we AFFIRM.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.